# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**SARGENT ELECTRIC COMPANY,**

      Plaintiff,

v.                                                  CIVIL ACTION NO.: 3:23-CV-1 (GROH)

**BECHTEL INFRASTRUCTURE
AND POWER CORPORATION
and REED & REED, INC.,**

      Defendants.

## ORDER DISMISSING CASE

Now before the Court is a Joint Motion for Extension of Time due to Settlement [ECF No. 16] that indicates the parties have reached a settlement agreement in this matter. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, **subject to reopening on motion of any party, and for good cause shown, within ninety days**.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: April 11, 2023

                                                                GINA M. GROH
                                                                UNITED STATES DISTRICT JUDGE